UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| EDUCATION LOGISTICS, INC., a Montana corporation, and LOGISTICS MANAGEMENT, INC., a Washington corporation,<br><br>        Plaintiffs,<br><br>  vs.<br><br>LAIDLAW TRANSIT, INC., a Delaware corporation,<br><br>        Defendant. | CV 07-06-M-DWM<br><br>AMENDED JUDGMENT |

__X__     **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the United States Court of Appeals for the Ninth Circuit's Order (Doc. 396) issued October 7, 2014, recalling and amending the Mandate (Doc. 393) issued September 3, 2014, and the United States Court of Appeals for the Ninth Circuit's Mandate (Doc. 397) issued October 7, 2014, the district court's decision with respect to lost annual license maintenance fees and lost perpetual fees is reversed, and the remainder of the decision is hereby affirmed. The original jury award (Doc. 330) of $28,409,512.00 is reinstated. Plaintiffs Education Logistics, Inc. and Logistics Management, Inc. recover from Defendant Laidlaw Transit, Inc.: (1) the amount of $28,409,512.00 plus interest at the rate of 18/100ths percent (0.18%) from November 16, 2012

(Doc. 396); (2) costs taxed on October 8, 2014, in the amount of $38,367.26 (Doc. 398) plus interest at the rate of 18/100ths percent (0.18%) from October 8, 2014; and, (3) appeal costs of $813.00 (Doc. 393) plus interest at the rate of 18/100ths percent (0.18%) from September 3, 2014, until satisfied.

       Dated this 6th day of November, 2014.

                    TYLER P. GILMAN, CLERK

                    By: /s/ N. Stephens
                       Deputy Clerk